IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMY McFARLAND                                                                                            PLAINTIFF

v.                                              CASE NO. 2:23-cv-2046

JAIL ADMINISTRATOR SHANE DAVIS,
Scott County Detention Center;
SERGEANT MERCEDES ANDERSON,
Scott County Detention Center;
DR. DARRELL ELKINS,
Jail Physician                                                                                             DEFENDANTS

# ORDER

The Court has received a report and recommendation (Doc. 11) from U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this May 31, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE